IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKIE E. WILDER,
  Plaintiff,

vs.        Case No.:  3:17cv239/RV/EMT

ARAMARK SERVICES, INC.,
d/b/a ARAMARK CORRECTIONAL
SERVICES, LLC, and JAMES HANNON,
  Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 24, 2018 (ECF No. 60).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Defendants Aramark and Hannon's motion to dismiss (ECF No. 45) is

**DENIED**; and

3.      This case is remanded to the assigned magistrate judge for further

proceedings,.

    **DONE AND ORDERED** this 23rd day of October, 2018.


                            /s/ *Roger Vinson*
                            **ROGER VINSON**
                            **SENIOR UNITED STATES DISTRICT JUDGE**